IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

YEVONNE VAN HORN                                                PLAINTIFF

v.                          No. 5:13-cv-74-DPM

MARK MARTIN, in his official capacity
as Arkansas Secretary of State; and
DARRELL S. HEDDEN, in his individual
and official capacity as Chief of Police for
the State Capitol Police                                        DEFENDANTS

## ORDER

The motion to dismiss all the retaliation claims, № 24, is denied without prejudice. The amended complaint, № 14, is adequate as a matter of pleading on causation. Whether sufficient proof exists is for summary judgment.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

5 May 2014