IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

YEVONNE VAN HORN                                                                            PLAINTIFF

v.                                           No. 5:13-cv-74-DPM

MARK MARTIN, in his official capacity as
Arkansas Secretary of State, and DARRELL
S. HEDDEN, individually and in his official
capacity as Chief of Police for the State
Capital Police                                                                              DEFENDANTS

JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2015